No. 713. PAYTON ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 714. ZEZOFF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 716. ELLINGSON TIMBER CO. *v.* GREAT NORTHERN RAILWAY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 717. DERBY FOODS, INC. *v.* FOOD AND DRUG ADMINISTRATION, U. S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Certiorari denied.

No. 718. DELAWARE VALLEY ARMAMENTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 723. BAKER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 725. STEVENSON ET AL. *v.* BOARD OF EDUCATION OF WHEELER COUNTY, GEORGIA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 726. RISSER ET UX. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 735. BUSINESS DEVELOPMENT CORPORATION OF NORTH CAROLINA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 736. KELLERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 737. NATIONAL LABOR RELATIONS BOARD *v.* AMERICAN CABLE SYSTEMS, INC. C. A. 5th Cir. Certiorari denied.